**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
Tel: (646) 763-1490
sabrinashroff@gmail.com

April 11, 2025

<u>BY ECF</u>

Honorable Jennifer L. Rochon
United States District Judge
  for the Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: *United States v. Keith Taylor*, 24 Cr. 524 (JLR)

Hon. Rochon:

One defense counsel in this matter was hospitalized on an emergent basis with a serious medical condition. The medical issue is serious and counsel is unable to meet the deadline set for defendant's response to the government's motions in limine as well as the deadline by which to note its trial exhibits and witness list. Because it is unclear if trial can proceed on May 12, 2025, we respectfully request the Court schedule a status conference in this matter. The government and I are available on April 14, 2025 or the following day, April 15, 2025.

Respectfully submitted,

*/s/Sabrina P. Shroff*
Counsel to Keith Taylor