UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      -v-<br><br>KEITH TAYLOR,<br>                    Defendant. | 24-cr-00524 (JLR)<br><br>**ORDER REGARDING**<br>**BAIL MODIFICATION** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated at the June 10, 2025 bond revocation hearing, IT IS HEREBY ORDERED that the Government's motion to revoke bail is denied at this juncture, but Defendant's conditions of release are modified as follows:

Defendant shall have no access to the internet and is required to terminate his internet services, return his router or provide it to defense counsel, and to provide proof of the same to pretrial services;

Defendant shall not use a smart phone and shall provide the same to his counsel and instead use a flip phone;

Defendant is subject to an ankle monitor with standard GPS monitoring;

Defendant shall provide proof that he is not a signatory on any Modest Needs bank account;

Defendant shall have no access to, and shall receive no compensation or money from, Modest Needs' bank accounts or any money that is held by Modest Needs;

Defendant shall provide proof to pretrial services that he no longer has access to Modest Needs bank accounts or funds and does not have login credentials for any Modest Needs' accounts;

1

Defendant shall provide a full list of his bank accounts to pretrial services and shall only use one bank account for any transactions;

Defendant shall provide pretrial services with bank account statements for all of his bank accounts on a monthly basis until the date of the jury trial; and

The Government shall have access to the aforementioned information to ensure compliance with pretrial supervision conditions.

Dated: June 10, 2025
      New York, New York

    SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge