UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KEITH TAYLOR,

          Defendant.

24-cr-00524 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      For the reasons set forth on the record at the hearing on June 10, 2025, IT IS HEREBY ORDERED that the jury trial is adjourned at the request of Defendant from June 23, 2025 to **September 8, 2025 at 9:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. This is a firm trial date regardless of whether Mr. Ketcham remains counsel of record. This final extension of time is to afford Ms. Shroff ample time to prepare for trial independently of Mr. Ketcham, if necessary.

      IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **August 25, 2025 at 10:00 a.m.** in the aforementioned courtroom.

      IT IS FURTHER ORDERED that no later than **June 24, 2025**, per Defendant's agreement, Defendant shall provide to the Government his witness list and Rule 16(b) reciprocal discovery. Defendant has agreed that by June 24, 2025 he shall also provide notice to the Government as to whether he intends to assert an advice of counsel defense and/or the scope of testimony/evidence, if any, that he intends to present regarding the presence or involvement of lawyers and the purported grounds for its relevance. Defendant has represented that no Rule 17 subpoenas have been served but if any information is received via Rule 17 subpoenas, it must be provided to the Government promptly. Failure to provide the

1

required disclosures and information shall result in preclusion absent good cause shown. Finally, by June 24, 2025, Defendant shall inform the Government whether he has any objection to the Government's June 4, 2025 supplemental motion *in limine* regarding the authenticity of the 33 exhibits listed in Exhibit A to Dkt. 48, and similar documents.

IT IS FURTHER ORDERED that the parties shall provide an update to the Court by **July 21, 2025** on the status of Government Witness #1 who is the subject of the Government's supplemental motion *in limine* at Dkt. 48 and whether agreement has been reached as to the presentation of her testimony.

Dated: June 11, 2025
       New York, New York

                                         SO ORDERED.

                                         JENNIFER L. ROCHON
                                         United States District Judge