```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:24-cr-00524-JLR-1
    -against-                        :   ORDER
                                     :
Keith Taylor                         :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Jennifer L. Rochon, United States District Judge:

It is hereby ORDERED, on consent, that the defendant's bail be modified to include the following condition: Mental Health Evaluation and Treatment as directed by Pretrial Services.

Dated: June 20, 2025
New York, New York

                                          SO ORDERED:

                                          _____
                                          Jennifer L. Rochon
                                          United States District Judge