**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
**ell@evanliptonlaw.com**
**(917) 924-9800**


May 7, 2026

By ECF
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Keith Taylor*
       24 Cr. 524 (JLR)

Dear Judge Rochon:

I represent Keith Taylor in the above-referenced matter. I write, with the consent of the government (Assistant United States Attorneys Mark and Delfiner) to respectfully request an adjournment of the sentencing hearing, which is currently scheduled for May 20, until July 28, 2026.

Respectfully yours,

Evan L. Lipton
*Attorney for Keith Taylor*


Cc:    Gov't counsel (by ECF and email)